In the Matter of M.G.M. INSULATION, INC., et al., Appellants, v COLLEEN C. GARDNER, as Commissioner of Labor, Respondent.

Submitted December 5, 2011; decided February 14, 2012

Reported below, 86 AD3d 812.

Motion by the Empire State Chapter of the Associated Builders and Contractors, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.

In the Matter of M.G.M. INSULATION, INC., et al., Appellants, v COLLEEN C. GARDNER, as Commissioner of Labor, Respondent.

Submitted December 5, 2011; decided February 14, 2012

Reported below, 86 AD3d 812.

Motion by the Firemen's Association of the State of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.